| | |
|---|---|
| 1 | STEPHEN T. O'NEILL (115132)<br>JENNY L. FOUNTAIN (226241) |
| 2 | MURRAY & MURRAY<br>A Professional Corporation |
| 3 | 19400 Stevens Creek Blvd., Suite 200<br>Cupertino, CA 95014-2548 |
| 4 | Telephone: (650) 852-9000; (408) 907-9200<br>Facsimile: (650) 852-9244 |
| 5 | Email: soneill@murraylaw.com<br>Email: jlfountain@murraylaw.com |
| 7 | Attorneys for Debtor |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

In re:

**INNOVATIVE ROBOTIC SYSTEMS, INC.**
A California Corporation,

       Debtor.

67 West Shore Road
Belvedere, CA 94920

Employer Tax I.D. No: 77-0477178

) Case No.
)
) Chapter 7
)

### STATEMENT OF CORPORATE OWNERSHIP

COMES NOW Innovative Robotic Systems, Inc., the debtor and debtor in possession herein (the "Debtor"), who hereby files its statement of corporate ownership pursuant to Federal Rules of Bankruptcy Procedure Rules 1007(a)(1) and 7007.1.

All entities or persons that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests are set forth and described herein:

| Name Of<br>Holder Of Security | Address | Percentage<br>Owned |
|---|---|---|
| David S. Lake | 67 West Shore Road<br>Belvedere, CA 94920 | 50.1% |

| | | |
|---|---|---|
| 1 | Dated: February 2, 2011 | **INNOVATIVE ROBOTIC SYSTEMS, INC.** |
| 2 | | |
| 3 | | By: */s/ David S. Lake*<br>David S. Lake<br>Chief Financial Officer |