STEPHEN T. O'NEILL (115132)
JENNY L. FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: soneill@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

**INNOVATIVE ROBOTIC SYSTEMS, INC.**
A California Corporation,

Debtor.

67 West Shore Road
Belvedere, CA 94920

Employer Tax I.D. No: 77-0477178

Case No.

Chapter 7

## LIST OF EQUITY SECURITY HOLDERS

Innovative Robotic Systems, Inc., a California corporation, the debtor and debtor in possession herein (the "Debtor"), hereby submits its List of Equity Security Holders attached hereto as **Exhibit "A"** and by this reference incorporated herein.

I, David S. Lake, the Debtor's Chief Executive Officer, do hereby declare under penalty of perjury that to the best of my knowledge, information and belief, the attached List of Equity Security Holders is a complete list of all of the Debtor's equity security holders as of the date of the commencement of the within Chapter 11 case.

Dated: February 2, 2011

**INNOVATIVE ROBOTIC SYSTEMS, INC.**

By: */s/ David S. Lake*
   David S. Lake
   Chief Executive Officer

EXHIBIT "A"

United States Bankruptcy Court
Northern District of California

In re: Innovative Robotic Systems, Inc.  Case No. _____

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Alan K. Address unknown | Unknown | Unknown | Unknown |
| Alex Finkelman Address unknown | Unknown | Unknown | Unknown |
| Alfred Goldspiel 57 Bay Park Terrace Alameda, CA 94502 | Unknown | Unknown | Unknown |
| Barry Klass Alpha Group Two 7 Corte Sagrada San Clemente, CA 92673 | Unknown | Unknown | Unknown |
| Bill Lamkin Ackrell & Co 2098 Leimart Boulevard Oakland, CA 94602 | Unknown | Unknown | Unknown |
| Bill Slagle 1138 Del Cambre Drive San Jose, CA 95129 | Unknown | Unknown | Unknown |
| Bob and Marj Bartok 3509 Poseiden Way Indiatlantic, FL 32903 | Unknown | Unknown | Unknown |
| Bob Quist One Market Street Stuart Tower Suite 1710 San Fransisco, CA 94105 | Unknown | Unknown | Unknown |

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Chris Brown<br>341 Torrano Common<br>Fremont, CA 94536 | Unknown | Unknown | Unknown |
| Chun-Chou Hsu<br>3371 Copper Leaf Drive<br>San Jose, CA 95132 | Unknown | Unknown | Unknown |
| Connie Lee<br>Electrodiagnosis & Rehabilitation PA<br>Address unknown | Unknown | Unknown | Unknown |
| Dale Blettner<br>5754 West 600 North<br>Fairland, IN 46126 | Unknown | Unknown | Unknown |
| Dan Scott<br>KLA-Tencor<br>160 Rio Robles<br>San Jose, CA 95134 | Unknown | Unknown | Unknown |
| David Hirschfeld<br>16795 Paseo Carmelo<br>Los Gatos, CA 95030 | Unknown | Unknown | Unknown |
| David Jones<br>Innovative Robotics<br>Address unknown | Unknown | Unknown | Unknown |
| David Lake<br>Innovative Robotic Systems, Inc.<br>67 West Shore Road<br>Belvedere, CA 94920 | Unknown | Unknown | 50.1% |
| David Saxe<br>Address unknown | Unknown | Unknown | Unknown |

EXHIBIT "A"

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Dennis Wightman<br>Wightman Engineering<br>10092 Man Drive<br>Cupertino, CA  95014 | Unknown | Unknown | Unknown |
| Donald Wang<br>Wang Enterprises<br>4555 Broadway  #101<br>Hawthorne, CA  90250 | Unknown | Unknown | Unknown |
| Eddie S. Chiu<br>Lestina International Ltd.<br>7m Scenic Villas, Scenic Villa Drive, Pokfulam<br>Hong Kong, China | Unknown | Unknown | Unknown |
| Edward Evans<br>1569 Birchmeadow Ct<br>San Jose, CA  95131 | Unknown | Unknown | Unknown |
| Eri & Jacqueline Iverson<br>Address unknown | Unknown | Unknown | Unknown |
| Eric Winger<br>3591 S. Bascomb Ave #15<br>Campbell, CA  95008 | Unknown | Unknown | Unknown |
| Everett Carter<br>Address unknown | Unknown | Unknown | Unknown |
| Feisa Jan<br>5809 Capilano Dr.<br>San Jose, CA  95138 | Unknown | Unknown | Unknown |
| Foster De Reitzes<br>3010 45th Street, N.W.<br>Washinton, DC  20016 | Unknown | Unknown | Unknown |

EXHIBIT "A"

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Fred Patton<br>1062 Oaktree Drive<br>San Jose, CA  95129 | Unknown | Unknown | Unknown |
| Garn Nelson<br>Address unknown | Unknown | Unknown | Unknown |
| Gaylen Grover<br>Address unknown | Unknown | Unknown | Unknown |
| Gifford & Elizabeth Pinchot<br>Address unknown | Unknown | Unknown | Unknown |
| Gloria Wahl<br>AltoTech Ventures<br>One Lagoon Drive, Suite 100<br>Redwood Shores, CA  94065 | Unknown | Unknown | Unknown |
| Gopal Shankar<br>5619 Goldcreek Drive<br>Castro Valley, CA  94552 | Unknown | Unknown | Unknown |
| Gregory and Karen Cary<br>475 Washington Street, Suite A<br>Monterey, CA  93940 | Unknown | Unknown | Unknown |
| Howard & Carol White<br>Address unknown | Unknown | Unknown | Unknown |
| Howard Paige<br>1980 S. Ocean Drive<br>Hallandale, CA  33009 | Unknown | Unknown | Unknown |
| Ian Zwicker<br>301 Richmond Road<br>Hillsborough, CA  94010 | Unknown | Unknown | Unknown |

EXHIBIT "A"

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Ina Tabibian<br>67 West Shore Road<br>Belvedere, CA 94920 | Unknown | Unknown | Unknown |
| Jack Balletto<br>Sunrise Capital<br>2 North Santa Cruz, Suite 203<br>Los Gatos, CA 95030 | Unknown | Unknown | Unknown |
| Jack Campbell<br>895 Ridge Drive<br>Concord, CA 94158 | Unknown | Unknown | Unknown |
| Jack Harris<br>Innovative Robotic Solutions<br>21083 Comer Drive<br>Saratoga, CA 95070 | Unknown | Unknown | Unknown |
| Jaff Lin<br>MatonFund II<br>16615 Lark Ave., Suite 108<br>Los Gatos, CA 95032 | Unknown | Unknown | Unknown |
| James Dielschneider<br>Endurance Technology International<br>Level 26, Albert Street<br>Auckland, New Zealand 01001 | Unknown | Unknown | Unknown |
| James Mitchell<br>Address unknown | Unknown | Unknown | Unknown |
| Jay Bansal<br>8 Harbor Point Drive #305<br>Mill Valley, CA 94941 | Unknown | Unknown | Unknown |
| JD Hawk<br>6212 Monadnack Way<br>Oakland, CA 94605 | Unknown | Unknown | Unknown |

# EXHIBIT "A"

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Jeanne Rowzee<br>Rowzee Law<br>92 Corporate Park, Suite C203<br>Irvine, CA  92606 | Unknown | Unknown | Unknown |
| Jeff  Winters<br>3377 Royal Meadow Lane<br>San Jose, CA  95135 | Unknown | Unknown | Unknown |
| Jeffrey and Monique Cary<br>20 Crown Valley Court<br>Danville, CA  94506-1106 | Unknown | Unknown | Unknown |
| Jeffrey and Monique Herbst<br>Wilson, Sonsini<br>650 Page Mill Road<br>Palo Alto, CA  94304 | Unknown | Unknown | Unknown |
| Jerald Kleinberg<br>Kleinberg Benefits Inc.<br>10011 N. Foothill Blvd. Suite 110<br>Cupertina, CA  95014 | Unknown | Unknown | Unknown |
| Jim Terranova<br>WS Investment Company 98A<br>650 Page Mill Road<br>Palo Alto, CA  94303 | Unknown | Unknown | Unknown |
| Joan Hutchings<br>102 Sierra Linda<br>Los Gatos, CA  95030 | Unknown | Unknown | Unknown |
| John Dunning<br>Crossfire Ventures, LLC<br>Address unknown | Unknown | Unknown | Unknown |

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| John Lin<br>Address unknown | Unknown | Unknown | Unknown |
| Joseph Lewkowicz<br>Address unknown | Unknown | Unknown | Unknown |
| Joseph and Vilia Ma<br>Address unknown | Unknown | Unknown | Unknown |
| Julia and Andre Pernet<br>Address unknown | Unknown | Unknown | Unknown |
| Kay F Thompson<br>15144 El Camino Grande<br>Saratoga, CA  95070 | Unknown | Unknown | Unknown |
| Ken Kiefer<br>Address unknown | Unknown | Unknown | Unknown |
| Kenn Giles<br>Address unknown | Unknown | Unknown | Unknown |
| Kent W Stacy<br>3042 Jackson Street #2<br>San Francisco, CA  94115 | Unknown | Unknown | Unknown |
| Kun Lee<br>Yeon Woo Engineering Co., Ltd.<br>Address unknown | Unknown | Unknown | Unknown |
| Larry Greenstein<br>Greenstein & Co. LLP<br>Address unknown | Unknown | Unknown | Unknown |
| Larry Hansen<br>Address unknown | Unknown | Unknown | Unknown |

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Michael K. Ackrell<br>Ackrell and company<br>475 Marina Blvd.<br>San Francisco, CA  94123 | Unknown | Unknown | Unknown |
| Michael K. Saad<br>2046 University Way<br>San Jose, CA  95128 | Unknown | Unknown | Unknown |
| Mike Verdon<br>7190 Golf Course<br>San Jose, CA  95139 | Unknown | Unknown | Unknown |
| Mohanjit Jolly<br>Garage.com<br>3300 Hillview Avenue, Suite 150<br>Palo Alto, CA  94304 | Unknown | Unknown | Unknown |
| Rajesh Ramasubbu<br>3216 Birchwood Lane<br>San Jose, CA  95050 | Unknown | Unknown | Unknown |
| Ralph Eddington<br>Address unknown | Unknown | Unknown | Unknown |
| Ray  Zehrung<br>Address unknown | Unknown | Unknown | Unknown |
| Renee Davis<br>14466 Sobey Rd.<br>Saratoga, CA  95070 | Unknown | Unknown | Unknown |
| Renee Peterson<br>Address unknown | Unknown | Unknown | Unknown |

# EXHIBIT "A"

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Rich Rau<br>Bearing Engineers<br>2001 Redwood Shores Parkway #255<br>Redwood City, CA  94065 | Unknown | Unknown | Unknown |
| Robert and Andrea Maire<br>Needham & Co.<br>19 Plover Lane<br>Lloyd Harbor, CA  11743 | Unknown | Unknown | Unknown |
| Robert Moore<br>511 Carroll Avenue<br>Sunnyvale, CA  94086 | Unknown | Unknown | Unknown |
| Robert Peters<br>1282 St. Mark Court<br>Los Altos, CA  94024 | Unknown | Unknown | Unknown |
| Robert Roy<br>21100 Gary Dr #109<br>Hayward, CA  94546 | Unknown | Unknown | Unknown |
| Ron Jutras<br>ATS<br>250 Royal Oak Road<br>Box 32100,  Preston Centre<br>Cambridge,  N3H 5M2, Canada | Unknown | Unknown | Unknown |
| S. Ted Kiem<br>Ambex Venture Group<br>1245 Oakmead Parkway<br>Sunnyvale, CA  94085 | Unknown | Unknown | Unknown |
| Sterling and Frieda Haidt<br>540 Pine Lane<br>Los Altos, CA  94022 | Unknown | Unknown | Unknown |

EXHIBIT "A"

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Steve Wood<br>Wireless Services Corp<br>Address unknown | Unknown | Unknown | Unknown |
| Tina Singh<br>Bay Venture Counsel, LLP<br>Address unknown | Unknown | Unknown | Unknown |
| Ting-Chi Hsu<br>3371 Copper Leaf Drive<br>San Jose, CA  95132 | Unknown | Unknown | Unknown |
| Tomas Melendez<br>1352 Saluda Ct<br>San Jose, CA  95121 | Unknown | Unknown | Unknown |
| Tony Bernhardt<br>Feintech Bernhard Revocable Trust<br>4 The Uplands<br>Berkley, CA  94705 | Unknown | Unknown | Unknown |
| Vic Riches<br>10410 Layola Drive<br>Los Altos, CA  94024 | Unknown | Unknown | Unknown |
| Vlad Risko<br>20975 Valley Green D229<br>Cupertino, CA  95104 | Unknown | Unknown | Unknown |
| Walter Lee<br>Altotech Ventures<br>Address unknown | Unknown | Unknown | Unknown |
| Walter O. Henry<br>174116 Bear Creek Rd.<br>Boulder Creek, CA  95006-9534 | Unknown | Unknown | Unknown |

# EXHIBIT "A"

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| William Catambay<br>CDS<br>6770 Still Point Drive<br>Melbourne, FL  32940 | Unknown | Unknown | Unknown |
| Yu-Che Chen<br>8550  Easton Commons Dr #2011<br>Houston, TX  77095 | Unknown | Unknown | Unknown |